```
 1  FRANKLIN J. LOVE, Bar #80334
 2  LAW OFFICE OF FRANKLIN J. LOVE
    800 S. Barranca Ave., Ste. 100
 3  Covina, California 91723
 4  (626)653-0455
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. ) | 01-CV-09371-HLH (Rzx) |
| ) | |
| Plaintiff, ) | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. ) | **BY CLERK** |
| ) | |
| FRANCISCO MOTA individually ) | |
| and dba LOS CUATES ) | |
| RESTAURANT, jointly and ) | |
| severally ) | |
| ) | |
| Defendant ) | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on February 27, 2002 against defendant, **FRANCISCO MOTA individually and dba LOS CUATES RESTAURANT, jointly and severally** is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $10,100.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 10,100.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 10,100.00 |
| g. Interest after judgment | 2,517.38 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **12,617.38** |

DATED: 02/27/12         Clerk by   Lori Muraoka, Deputy Clerk
                                   U.S. District Court